# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2983
Lower Tribunal No. 2017-CC-015403-O

_____

NAVY FEDERAL CREDIT UNION,

Appellant,

v.

SURF CONSULTANTS, INC. and AMII GRIFFIN,

Appellees.

_____

Appeal from the County Court for Orange County.
Tina L. Caraballo, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK and GANNAM, JJ., and BERLIN, S.D., Associate Judge, concur.


W. Patrick Ayers and Benjamin Coulter, of Burr & Forman, LLP, Tampa, for Appellant.

Ryan E. Sprechman, of Sprechman & Fisher, P.A., Miami, for Appellee, Surf Consultants, Inc.

No Appearance for Appellee, Amii Griffin.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED